```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3037 |
| | ) | |
| v. | ) | |
| | ) | |
| JESSICA D. HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

On the court's own motion,

The change of plea hearing is continued to August 29, 2006 at 10:30 a.m.

For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

The defendant shall be present at the hearing.

Dated August 14, 2006.

                                    BY THE COURT

                                    s/ *David L. Piester*
                                    David L. Piester
                                    United States Magistrate Judge